# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCHAI B.T.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
FRANK CHAPMAN; REGINA
CHAPMAN; ANTHONY S. NOONAN
IRA, LLC; MERIDIAN PRIVATE
RESIDENCES HOMEOWNERS
ASSOCIATION; AND RED ROCK
FINANCIAL SERVICES, LLC,
Real Parties in Interest.

No. 72749

FILED

MAY 09 2017

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion for summary judgment in a quiet title action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court,* 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying summary judgment). In particular, petitioner has an adequate

17-15430

remedy in the form of an appeal from any adverse final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. We therefore

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Brooks Hubley LLP
Koch & Scow, LLC
Lipson Neilson Cole Seltzer & Garin, P.C.
The Law Office of Mike Beede, PLLC
Eighth District Court Clerk